IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| MARTIN K. EBY CONSTRUCTION COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ONEBEACON INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) Case No.: 08-1250-WEB ) ) ) ) ) ) |
| CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD as successor by merger with Transcontinental Insurance Company, and COLUMBIA CASUALTY COMPANY, <br><br> Plaintiffs, <br> vs. <br><br> ONEBEACON INSURANCE COMPANY, Successor in interest to COMMERCIAL UNION INSURANCE COMPANY, TRAVELERS CASUALTY & SURETY COMPANY as successor to AETNA CASUALTY & SURETY COMPANY; UNITED STATES FIDELITY & GUARANTY COMPANY; ST. PAUL FIRE & MARINE INSURANCE COMPANY; and MARTIN K. EBY CONSTRUCTION COMPANY, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 08-CV-2392-CM ) ) ) ) ) ) ) ) ) ) ) ) |

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO KBR'S MOTION
FOR SUMMARY JUDGMENT**

COMES NOW the defendant and cross-claimant, Martin K. Eby Construction Company, and respectfully requests that the Court enter an order granting it an additional seven (7) days, until September 16, 2011, in which to respond to the motion for summary judgment filed against it by Kellogg Brown & Root LLC.  In support of its motion, defendant and cross-claimant states as follows:

1. Counsel have conferred and local counsel for Kellogg Brown & Root LLC has no objection to this extension.

2. Eby's response is currently due on September 9, 2011.

3. Defendant and cross-claimant's counsel has not asked for an extension previously, and this extension is requested due to the press of business and a previously scheduled vacation.

WHEREFORE, the defendant and cross-claimant respectfully requests that this Court enter an order granting it an extension until September 16, 2011, in which to respond to the motion for summary judgment filed against it by Kellogg Brown & Root LLC.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC


s/Randall K. Rathbun
Randall K. Rathbun #09765
*Attorneys for Defendant and Cross-Claimant*
*Martin K. Eby Construction Company*

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2011, a true and correct copy of the above and foregoing **Unopposed Motion for Extension of Time to Respond to KBR's Motion for Summary Judgment**  was filed electronically and notice sent to:

Alicia J. Barton
Kevin M. Murphy
Colliau Elenius Murphy Carluccio Keener &
Morrow
Plaza of the Americas
600 North Pearl Street, Suite 1400
Dallas, TX 75201

Daniel N. Allmayer
Allmayer & Associates PC
1401 Bryant Building
1102 Grand Boulevard
Kansas City, MO 64106
*Attorneys for Plaintiffs Continental Casualty*
*Company, National Fire Insurance Company*
*of Hartford and Columbia Casualty Company*

Bradley J. Baumgart
Larry D. Fields
Andrew C. Hronek
Kutak Rock LLP
1010 Grand Boulevard, Suite 500
Kansas City, MO 64106
*Attorneys for Defendant OneBeacon Insurance Company*

Robin Stewart
Sonnenschein Nath & Rosenthal LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111

Donna J. Vobornik
Geoffrey J. Repo
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower

Chicago IL 60606
*Attorneys for Defendant/Cross-Plaintiffs*
*Travelers Casualty and Surety Company,*
*United States Fidelity and Guaranty*
*Company, St. Paul Fire and Marine*
*Insurance Company and Athena Assurance Company*


David M. Rapp
 Hinkle Elkouri Law Firm LLC
301 N. Main, Suite 2000
Wichita, KS 67202-4820

Neil Kenton Alexander
Cynthia A. Holub
Heather K. Hatfield
Porter & Hedges LLP
1000 Main Street, 36th Floor
Houston, TX 77002
*Attorneys for Plaintiff Kellogg Brown & Root LLC*

Mikel L. Stout
Jeffrey A. Jordan
Stephen M. Kerwick
Foulston Siefkin LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
*Attorneys for Defendant/Cross-Claimant*
*Martin K. Eby Construction Company*



        s/Randall K. Rathbun
        Randall K. Rathbun