IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| MARTIN K. EBY CONSTRUCTION COMPANY, INC., <br><br>                           Plaintiff,<br><br>vs.<br><br>ONEBEACON INSURANCE COMPANY,<br><br>                           Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 08-1250-WEB-KGG<br>)<br>)<br>)<br>)<br>) |
| CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD as successor by merger with Transcontinental Insurance Company, and COLUMBIA CASUALTY COMPANY,<br><br>                           Plaintiffs,<br>vs.<br><br>ONEBEACON INSURANCE COMPANY, Successor in interest to COMMERCIAL UNION INSURANCE COMPANY, TRAVELERS CASUALTY & SURETY COMPANY as successor to AETNA CASUALTY & SURETY COMPANY; UNITED STATES FIDELITY & GUARANTY COMPANY; ST. PAUL FIRE & MARINE INSURANCE COMPANY; and MARTIN K. EBY CONSTRUCTION COMPANY, INC.,<br><br>                           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08-CV-2392-CM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO DEFER**

COMES NOW Martin K. Eby Construction Company, Inc., and respectfully requests that the Court defer Eby's obligation to respond to KBR's Motion for Summary Judgment (Doc. 133) until November 21, 2011. In support of its motion, Martin K. Eby Construction Company, Inc. incorporates its Brief in Support of Motion to Defer filed herein.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Fax: (316) 265-3819
Email: randy@depewgillen.com
*Attorneys for Martin K. Eby Contruction Company, Inc.*