EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| MARTIN K. EBY CONSTRUCTION COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ONEBEACON INSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No.: 08-1250-WEB-KGG |
| CONTINENTAL CASUALTY COMPANY, )<br>NATIONAL FIRE INSURANCE COMPANY OF )<br>HARTFORD as successor by merger with )<br>Transcontinental Insurance Company, and )<br>COLUMBIA CASUALTY COMPANY, )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>ONEBEACON INSURANCE COMPANY, )<br>Successor in interest to COMMERCIAL UNION )<br>INSURANCE COMPANY, TRAVELERS CASUALTY )<br>& SURETY COMPANY as successor to AETNA )<br>CASUALTY & SURETY COMPANY; UNITED )<br>STATES FIDELITY & GUARANTY COMPANY; )<br>ST. PAUL FIRE & MARINE INSURANCE COMPANY; )<br>and MARTIN K. EBY CONSTRUCTION COMPANY, )<br>INC., )<br>Defendants. ) | Case No. 08-CV-2392-CM |

### AFFIDAVIT OF RANDALL K. RATHBUN

STATE OF KANSAS       )
                     )ss:
COUNTY OF SEDGWICK   )

COMES NOW your Affiant, Randall K. Rathbun, after being duly sworn upon oath, and states as follows:

1. The undersigned is counsel for Eby Construction on KBR's Motion for Summary Judgment (Doc. 133 ). This motion was filed on August 19, 2011.

2. On June 28, 2011, Judge Gale entered a "First Amended Scheduling Order" (Doc. 124) which provided that parties making a claim for affirmative relief–in this case, KBR's claim for indemnification–had until October 14, 2011 to make expert disclosures. The scheduling order provides that Eby has until November 14, 2011 to respond with expert disclosures.

3. KBR's Motion for Summary Judgment is accompanied with an affidavit from an expert opining that fees paid by KBR in this case were "fair, just and reasonable."

4. It appears that the laboring oar in the underlying action was pulled by Eby. Jack Brock, counsel for Eby in the underlying action, has opined that his firm was the lead on the great majority of witnesses and for the trial as a whole. In spite of this, the fees paid by KBR in both the underlying action, and in this case, appear to be multiples of the fees paid for the defense of Eby.

5. Eby seeks this motion to defer to allow it to procure its expert report to respond to the expert report submitted by KBR. Eby's retained expert has already begun analysis of the billings in this case, but will need the time allowed under the scheduling order to provide a report complying with the requirements of FRCP 26.

6. This basis for this motion is simply to respond to the uncontroverted facts alleged by KBR's expert. It is not submitted to in any way delay this case. The delay is sought only

because of the procedure employed by KBR in this case in providing an expert report and immediately moving for summary judgment. Without the time allowed by Judge Gale's order, Eby will not be allowed to fairly respond to KBR's expert.

FURTHER YOUR AFFIANT SAITH NAUGHT.

_____
Randall K. Rathbun

Subscribed and sworn to before me, the undersigned authority, on this __16th__ day of September, 2011.

_____
NOTARY PUBLIC

My Appointment Expires:



KARIN GLENN-MILLER
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 8-6-14

3